Alexander Mardirossian, Esq.
HM Legal Group
212 S. Palm Ave. Ste. 200
Alhambra, CA 91801
Tel. (818)660-5088
Fax (818)806-9067
*Email*: HM@HMLegalGroup.com
SBN: 305302

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

-------------------------------------------------------------

ZUFFA, LLC d/b/a Ultimate Fighting Championship**,**
Broadcast Licensee of the **January 1, 2022 Ngannou vs Gane** Match,

                      Plaintiff,

   -against-

DANA SHAY TANNER and MIRA SCHOENROCK, Individually, and as officers, directors, shareholders and/or principals of BROOXTON CORP d/b/a SQUIRE COCKTAILS,

and

BROOXTON CORP d/b/a SQUIRE COCKTAILS,

                    Defendants.

-------------------------------------------------------------

                    **REQUEST  FOR  CLERK'S  ENTRY  OF DEFAULT**

            Civil Action No.
            8:24-CV-00041-HDV-ADS

TO:   Brian D. Karth, CLERK
        UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA

Req. for Cl. Entry

Please enter the default of the following Defendants: DANA SHAY TANNER and MIRA SCHOENROCK. *jointly and severally*, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above captioned action as fully appears in the Court's file herein and in the attached affidavit of Alexander Mardirossian, Esq.

Dated:  March 24, 2024
           Los Angeles, CA

**JOE HAND PROMOTIONS, INC.**

By: /s/Alexander Mardirossian
Alexander Mardirossian, ESQ.
Bar Roll No. 305302
HM Legal Group
Resident Counsel for Plaintiff
212 S. Palm Ave. Ste. 200
Alhambra, CA 91801
Email: HM@HMLegalGroup.com.com
Telephone:  (818)660-5088
Facsimile:   (818)806-9067