Alexander Mardirossian, Esq.
HM Legal Group
212 S. Palm Ave. Ste. 200
Alhambra, CA 91801
Tel. (818)660-5088
Fax (818)806-9067
*Email*: HM@HMLegalGroup.com
SBN: 305302

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

-----------------------------------------------------------

ZUFFA, LLC d/b/a Ultimate Fighting Championship**,**
Broadcast Licensee of the **January 1, 2022 Ngannou vs Gane** Match,

                 Plaintiff,                **CLERK'S CERTIFICATE**

                                                   Civil Action No.
   -against-                              8:24-CV-00041-HDV-ADS

DANA SHAY TANNER and MIRA SCHOENROCK,
Individually, and as officers, directors, shareholders and/or principals of BROOXTON CORP d/b/a SQUIRE COCKTAILS,

and

BROOXTON CORP d/b/a SQUIRE COCKTAILS,

                 Defendants.

Req. for Cl. Entry

I, Brian D. Karth, Clerk of the United States District Court for the Central District of California, do hereby certify that the docket entries in the above entitled action indicate that the Defendants were served as follows:

Service of the Summons and Complaint was perfected on the Defendant, DANA SHAY TANNER and MIRA SCHOENROCK personal service on February 12, 2024, and February 16, 2024 respectfully by service The proofs of service were being filed with the Court on February 27, 2024 and March 4, 2024.

I further certify that the docket entries indicate that said Defendants have never submitted an answer or otherwise plead in defense of this action and their default is hereby noted.

Dated:  Los Angeles, CA
       March 24, 2024

                                                    BRIAN D. KARTH
                                                        Clerk

By: _____
            Deputy Clerk