**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zuffa, LLC <br><br> PLAINTIFF(S) <br> v. <br> Dana Shay Tanner, et. al. <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 8:24-cv-00041-HDV-(ADSx) <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action
☒ the following scanned document   ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document: COUNTERCLAIMANT MIRA SCHOENROCK'S REQUEST FOR ENTRY OF DEFAULT

Filed date: July 23, 2024   Document Number(s): 33

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to
☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☒ Document is missing page number(s): 2

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Document has been rescanned reflecting the correct page count.

CLERK, U.S. DISTRICT COURT

Date: July 26, 2024        By: D. Velazquez
                               Deputy Clerk

Mira Schoenrock
30248 N 115th Dr.
Peoria, AZ 85383
949-244-5500

Defendants Pro Se



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 23 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br><br>Plaintiff,<br><br>v.<br><br>DANA SHAY TANNER and MIRA SCHOENROCK, Individually, and as officers, directors, shareholders and/or principles of BROOXSTON CORP d/b/a SQUIRE COCKTAILS, and BROOXSTON CORP d/b/a SQUIRE COCKTAILS,___<br><br>Defendants,<br><br>―――――――――――――<br><br>MIRA SCHOENROCK, Individually<br><br>Counterclaimant,<br><br>v.<br><br>ZUFFA, LLC d/b/a Ultimate Fighting Championship,<br><br>Counterdefendant | Case No.: **8:24-cv-00041 HDV (ADSx)**<br>*District Judge Hernan D. Vera*<br>*Magistrate Judge Autunm D. Spaeth*<br><br>**COUNTERCLAIMANT MIRA SCHOENROCK'S REQUEST FOR ENTRY OF DEFAULT**<br><br><br>Complaint Filed: 01/08/2024 |

Comes Counterclaimant Mira Schoenrock ("Schoenrock") hereby request the Clerk to entry a default against against Counterdefendant Zuffa, LLC d/b/a Ultimate Fighting Championship ("Zuffa"): on the bases that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: July 23, 2024

/s/ Mira Schoenrock

Mira Schoenrock

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

I Mira Schoenrock ("Counterclaimant") hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am the Plaintiff in the above captioned matter.

2. Pursuant to Fed. R. Civ. P. 55(b) I make this request for the CLERK TO ENTER DEFAULT JUDGMENT against ZUFFA, LLC d/b/a Ultimate Fighting Championship ("CounterDefendant") for failure to plead or otherwise defend and in support of this application do show that:

A. The Couterclaim was served on June 28. 2024, see attached proof of service as Exhibit A incorporated by reference.

B. The clerk fixed a deadline of 21 days after service of the counterclaim for the answer or motion.

C. No answer or motion has been properly filed within the time limited fixed by the court.

D. The defendant is not in the military service, as required by 50 U.S.C. App. § 521.

E. The defendant is not an infant or incompetent person, as is required by Fed. R. Civ. P. 55(b)(1).

F. Copies of this Affidavit and Motion In Support of with attachment, seeking entry of default judgment, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 23, 2024

/s/ Mira Schoenrock

Mira Schoenrock

**EXHIBIT A**

# PROOF OF ELECTRONIC SERVICE

I am over the age of 18 years old.

My residence or business address is   714 East Whittier Blvd, La Habra, CA 90631

My electronic service address is:  danatanner40@gmail.com

I electronically served the documents (exact titles):
**COUNTERCLAIMANT MIRA SCHOENROCK'S COUNTERCLAIM FOR DECLARATORY RELIEF**

Names and electronic service addresses of persons served:

HM LEGAL GROUP

212 S. Palm Ave, Suite 200

Alhambra, CA 91801

818-660-5088

Email: HM@hmlegalgroup.com

legal@signallaw.com

File No. XZU22-02CA-01

I Declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: June 28, 2024                         /s/ Dana Shay Tanner
                                             _____
                                             Dana Shay Tanner

# PROOF OF ELECTRONIC SERVICE

I am over the age of 18 years old.

My residence or business address is   714 East Whittier Blvd, La Habra, CA 90631

My electronic service address is:  danatanner40@gmail.com

I electronically served the documents (exact titles):
**COUNTERCLAIMANT MIRA SCHOENROCK'S REQUEST FOR ENTRY OF DEFAULT**

Names and electronic service addresses of persons served:

HM LEGAL GROUP

212 S. Palm Ave, Suite 200

Alhambra, CA 91801

818-660-5088

Email: HM@hmlegalgroup.com

legal@signallaw.com

File No. XZU22-02CA-01

I Declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: July 23, 2024                               /s/ Dana Shay Tanner
                                                   _____
                                                   Dana Shay Tanner