UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
----------------------------------------------------------------
ZUFFA, LLC d/b/a ULTIMATE FIGHTING CHAMPIONSHIP,

                       Plaintiff,

-against-

DANA SHAY TANNER and MIRA SCHOENROCK, Individually, and as officers, directors, shareholders and/or principals of BROOXSTON CORP d/b/a SQUIRE'S,

**and**

BROOXSTON CORP d/b/a SQUIRE'S

                       Defendants.
.
----------------------------------------------------------------

**NOTICE OF SETTLEMENT & ADMINISTRATIVE DISMISSAL**

Civil Action No.
8:24-cv-00041-HDV-ADS

     PLEASE TAKE NOTICE THAT Plaintiff ZUFFA, LLC, hereby notifies the Court that it has settled and compromised the within and foregoing action as against the Defendants herein.

     This is based upon a settlement made between Plaintiff and the Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed November 1, 2025.

     It is Plaintiff's intention to file a Notice of Dismissal with prejudice no later than November 30, 2025.

     The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any

non-payment, to reopen and reinstate its claim against Defendants. Alternatively, upon completion of the terms of this settlement, Plaintiff will dismiss their claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August 29, 2024
      Los Angeles, CA

          **ZUFFA, LLC d/b/a Ultimate Fighting Championship**

          By:  /s/Alexander G. Mardirossian
          ALEXANDER G. Mardirossian, ESQ. (305302)
          Attorney for Plaintiff
          HM Legal Group
          212 S. Palm Ave. Ste. 200
          Alhambra, CA 91801
          Tel:  (818) 660-5088
          Fax:  (818) 806-9067
          Email: HM@HMLegalGroup.com
          *File No. ZU23-09NY-03*

## CERTIFICATE OF SERVICE

On April 15, 2024, I hereby certify that I filed the foregoing Notice of Settlement and Administrative Dismissal with the Court using the CM/ECF system and mailed a copy to Defendants via First Class Mail:

Dana Shay Tanner
7 Mandrake Way,
Irvine, CA 92612


Mira Schoenrock

30248 N. 115 Dr,
Peoria, AZ 85383


          /s/Alexander G. Mardirossian
          ALEXANDER G. MARDIROSSIAN